**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

**CASE NO.: 13-21228 BKC LMI**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
X   SECOND    Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: GUSTAVO TRULL                              JOINT DEBTOR: TERESA TRULL
Last Four Digits of SS# XXX-XX-7266                Last Four Digits of SS# 2693

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of  60  months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.    $   276.03  for months  1  to  40;

   B.    $   123.64   for months 41 to 60; in order to pay the following creditors:

Administrative:   Richard Adams, Esq. -    Attorney's Fee   $   1,500.00
                                           TOTAL PAID  $   1,500.00 (via plan) Payable $ 37.50 month (Months  1  to  40 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)]  Mortgages(s)/Liens on Real or Personal Property:

1. **Citimortgage (now Ditech Financial, LLC)**          MMM Payment  $ 155.95   /month  (Months 1 to 40)
Loan #X17997                                            (total paid via plan $6238.27)
P.O. Box 689196
Des Moines, IA  50368-9196

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.**
**A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value & Description of Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| N/A | | | | | |

Priority Creditors:  [as defined in 11 U.S.C. §507]

1.      N/A                         Total Due $_____
                                    Payable   $_____/month (Months _____to _____)

Unsecured Creditors: Pay $ 41.87 / month (Months 1 to 40) and Pay $111.27/mo. (Months 41 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: This First Modified Plan begins in month #41, which is October 2016.

The debtors were denied for the loan modification by Lender, Citimortgage (now Ditech Financial, LLC),  loan number X17997 for real property located at 4193 East 8th Court, Hialeah, FL  33013.  The Debtor will treat said creditor outside the plan.

The Debtors are paying Miami Dade County Tax Collector for their homestead property directly outside the plan.  Payments (made by Joint Debtor's brother) to Bank of America and Miami Dade County Tax Collector for the property located at 6175 W. 20th Avenue, #211, Hialeah, Florida will be paid outside the plan.  The Debtors surrender their interest in the non-homestead property located at 6843 W. 36th Avenue, #203, Hialeah, FL  to Bayview Financial Loan, JPMorgan Chase, El Prado XVI Condominium Association and Miami Dade County Property Tax Collector.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*/s/Gustavo Trull*          */s/Teresa Trull*           */s/ Emmanuel Perez, Esq.*
Debtor                      Joint Debtor                Attorney for Debtor
                                                        Fl. Bar No. 586552

Date: October 11, 2016

LF-31(rev. 01/08/10)